# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PRIEST JOHNSON ,

    Petitioner,

v.

PETER HUIBREGTSE, Warden,
Wisconsin Secure Prison Facility,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-064-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ Melissa Hardin**

**by Deputy Clerk**

_____3/17/08_____
Date