IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PRIEST JOHNSON,

          Petitioner,                    ORDER

v.                                         08-cv-0064-bbc

PETER HUIBREGTESE, Warden,
Wisconsin Secure Program Facility,

          Respondent.

---

      On March 17, 2008, this court dismissed petitioner Priest Johnson's petition for a writ of habeas corpus filed under 28 U.S.C. § 2254. Now petitioner seeks to challenge this decision. Petitioner filed a notice of appeal on April 2, 2008 but has not paid the $455 filing and docketing fee required by the Court of Appeals for the Seventh Circuit or filed a request to proceed *in forma pauperis* on appeal, including a copy of his six-month trust fund account statement. (Petitioner paid the five dollar filing fee in this court, so there is no affidavit of indigency to which this court could now refer.)

      Petitioner may have until May 21, 2008 either to pay $455 to the clerk of this court as his appellate filing and docketing fee or to file a motion to proceed *in forma pauperis* on appeal. (I have attached the forms that petitioner must complete if he wishes to request leave to proceed *in forma pauperis*). If petitioner fails to exercise one of these options by this deadline, then this court will deem his appeal abandoned.

      Entered this 21st day of April, 2008.

                                                BY THE COURT:

                                                /s/

                                                _____
                                                STEPHEN L. CROCKER
                                                Magistrate Judge